**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 12-cr-00016-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  RONNEY TATE,

      Defendant.

---

## MINUTE ORDER[1]

---

      The change of plea hearing set for October 25, 2012, is **VACATED** and is **CONTINUED** to **November 15, 2012**, at 9:00 a.m.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

      Dated:  October 25, 2012

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E.  Blackburn, United States District Judge for the District of Colorado.